

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellee's Unopposed second motion for extension of time is GRANTED. Appellant's brief is due February 13, 2023. No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court